UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>M. VELASQUEZ-MIRANDA, et al.,<br><br>Defendants. | No. 2:21-cv-0932-JAM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 18, 2021, plaintiff filed a request for an extension of time until May 24, 2021 "to file attach[ed] court motions/and/or comply with the court orders attach[ed]." ECF No. 37. The chronology of the request is nonsensical. Plaintiff does not specify what deadline he seeks to extend and there are no attached motions or court orders to provide context.

In an abundance of caution, the court will grant plaintiff an extension of time to file objections to the August 5, 2021 findings and recommendations, which recommended that plaintiff's May 27, 2021 motion for preliminary injunction be denied. ECF No. 35.

Accordingly, plaintiff is granted 30 days from the date this order is served to file his objections. The Clerk is directed to terminate ECF No. 37.

So ordered.

Dated: September 3, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE