UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>M. VELASQUEZ-MIRANDA, et al.,<br><br>Defendants. | No. 2:21-cv-0932-JAM-EFB P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has filed a motion for discovery.  ECF No. 41.  Plaintiff must, however, serve his discovery requests (including interrogatories, requests for admissions, and/or requests for production) on defense counsel rather than filing them with the court.  *See* E.D. Cal. Local Rules 250.2-250.4.  Pursuant to the court's discovery and scheduling order (ECF No. 33), written requests for discovery were to be served no later than October 1, 2021.  If plaintiff wishes to extend this deadline, he may request a stipulation from defendants or file a motion with the court demonstrating good cause for such an extension.

    Accordingly, it is ORDERED that plaintiff's motion for discovery (ECF No. 41) is denied without prejudice to the filing of a motion to extend the deadline for serving written discovery that is supported by good cause.

DATED:  October 18, 2021.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE