UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS, | No. 2:21-cv-0932-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. VELASQUEZ-MIRANDA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff moves to extend the deadline for serving written discovery as established by the court's discovery and scheduling order. *See* ECF Nos. 33 & 46. He also requests a grace period of ten days for all of his filings because of alleged mail interference by defendant Holets. ECF Nos. 40 & 44. Plaintiff was recently transferred to a new prison, away from defendant Holets. ECF No. 46.

Pursuant to the schedule, requests for written discovery were to be served no later than October 1, 2021. ECF No. 46 at 4. Plaintiff explains that the extension of time is needed because he has been on suicide watch and has been harassed by defendant Holets. The docket shows that plaintiff has attempted to meet the deadlines established by court, for example, by mailing his

/////

/////

1

discovery requests to the court on September 30, 2021 and requesting extensions of time.[1]  *See* ECF No. 41 at 5; ECF Nos. 40 & 44.

Good cause appearing, plaintiff's motion (ECF No. 46) is GRANTED as follows:

1. Defendants shall have until February 8, 2022 to respond to plaintiff's discovery requests (*see* ECF Nos. 41 & 46).
2. The deadline for completion of discovery is extended to April 9, 2022.
3. The deadline for filing dispositive motions is extended to June 8, 2022.
4. Plaintiff's requests for extensions of time (ECF Nos. 40 & 44) are denied as moot.
5. The Clerk of the Court shall terminate ECF No. 49.

So ordered.

DATED:  December 10, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff subsequently filed another discovery request the court.  ECF No. 49.  As the court previously explained (ECF No. 43), he must serve those requests on defense counsel rather than filing them with the court.

2