UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS, | No. 2:21-cv-0932-TLN-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| M. VELASQUEZ-MIRANDA, et al., | |
| Defendants. | |

On July 11, 2022, plaintiff filed a motion entitled, "Motion for Default – Disallowment of Defendant[s'] Summary Judgment . . . Motion."[1] ECF No. 80. In the motion, plaintiff argues that defendants are in default because they did not file a motion for summary judgment. *Id.* Plaintiff's motion is denied because defendants were under no obligation to file a motion for summary judgment. *See* Fed. R. Civ. P 56(a) ("A party *may* move for summary judgment . . . ." (emphasis added)). Furthermore, defendants timely filed an answer on July 30, 2021 (ECF No. 32) and have not otherwise failed to defend against this lawsuit. *See* Fed. R. Civ. P.55 (regarding default and default judgment). Thus, entry of default is not appropriate. The Clerk of the Court shall terminate ECF Nos. 80 and 87.

So ordered.

Dated. August 19, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff subsequently filed a "motion for ruling" on this motion. ECF No. 87.