UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>M. VELASQUEZ-MIRANDA, et al.,<br><br>Defendants. | No. 2:21-cv-00932-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO RESCIND THE SETTLEMENT AGREEMENT IN THIS CASE<br><br>(Doc. Nos. 106, 107) |

Plaintiff Daronta Tyrone Lewis is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On February 6, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to rescind the settlement agreement reached by the parties in this case (Doc. No. 106) be denied because "the record contains sufficient evidence to show that plaintiff understood the nature, purpose, and effect of agreeing to the settlement terms on October 27, 2022," and there "is no evidence supporting plaintiff's claim that defense counsel and/or Judge Grosjean subjected him to duress . . . ." (Doc. No. 107.) Those findings and recommendations were served on the parties and contained notice that any objections thereto

/////

1

were to be filed within fourteen (14) days from the date of service. (*Id.* at 6.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 6, 2023 (Doc. No. 107) are adopted in full;
2. Plaintiff's motion to rescind the settlement agreement in this case (Doc. No. 106) is denied; and
3. This case remains closed.

IT IS SO ORDERED.

Dated:  **May 17, 2023**

_____
UNITED STATES DISTRICT JUDGE