UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS, | No. 2:21-cv-00932-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| M. VELASQUEZ-MIRANDA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983.  The parties reached a settlement agreement in a settlement conference on October 27, 2022.[1]  ECF No. 98.  Plaintiff has now filed numerous motions arguing that he should have received his settlement payment no later than April 27, 2023 (approximately 180 days after the settlement conference) and that defendants should be sanctioned.  *See* ECF Nos. 108, 109, 110, 111, 113.  Defense counsel filed a declaration in response to plaintiff's motion (ECF No. 115); plaintiff did not file a reply.

Defense counsel represents that, per the terms of the settlement agreement, the settlement payment was not due until 180 days after plaintiff signed the settlement documents, which was on November 14, 2022.  ECF No. 115 at 2.  One-hundred and eighty days after November 14, 2022 was May 13, 2023.  Defense counsel represents that the settlement payment was timely paid on

---

[1] Pursuant to the parties' stipulation of dismissal, this case was closed on December 1, 2022.  ECF Nos. 104 & 105.

May 11, 2023. *Id.* In light of this record, it appears that defendants have complied with the terms of the settlement agreement and that there is no basis for sanctions.

Accordingly, plaintiff's motions seeking a settlement payment and for sanctions (ECF Nos. 108, 109, 110, 111, 113) are DENIED.

Dated: July 11, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE